Jacob H. Grubman, appellant,

*v.*

American General Corp. et al., respondents.

[Submitted May 29th, 1942. Decided September 18th, 1942.]

*Messrs. Kessler & Kessler,* for the appellant.

*Messrs. McCarter, English & Egner (Mr. Robert Carey, Jr.),* for the respondents.

PER CURIAM.

The decree under review will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Fielder.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, DONGES, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, JJ. 9.

*For reversal*—BODINE, HEHER, PERSKIE, COLIE, THOMPSON, JJ. 5.